UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on September 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>Mercedes Aguero<br><br><br>Debtor, | Case No.: 17-26245<br><br>Chapter: 7<br><br>Judge: Vincent F. Papalia |

# ORDER DISMISSING CASE
## FOR FAILURE TO FILE CERTIFICATE OF CREDIT COUNSELING
## AND FAILING TO COMPLY WITH ORDER TO SHOW CAUSE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 11, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

      Upon the Court's Order to Show Cause why the debtor's case should not be dismissed for the debtor's failure to meet credit counseling requirements entered on 8/28/2017 (Doc. No. 12) and the debtor's failure to attend the court's so ordered hearing date of 09/06/2017, and for good cause shown, it is

      ORDERED that this case is dismissed and any discharge which was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within seven (7) days of the date of this Order.

      Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:  
Mercedes Aguero  
       Debtor

Case No. 17-26245-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Sep 12, 2017  
                       Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2017.  
db          +Mercedes Aguero,   509 North 5th Street,   Harrison, NJ 07029-1203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2017 at the address(es) listed below:  
           Barbara   Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com  
           Denise E. Carlon    on behalf of Creditor   CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
           Paul W. Grzenda    on behalf of Debtor Mercedes  Aguero pgrzenda33@hotmail.com, pgrzenda33@hotmail.com  
           U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                             TOTAL: 4