| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB | Order Filed on October 2, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:  17-26245 VFP<br><br>Hearing Date: September 19, 2017<br><br>Judge:  Vincent F. Papalia |
| In Re:<br>    Aguero, Mercedes | |

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

 **DATED: October 2, 2017**

_____
 **Honorable Vincent F. Papalia**
 **United States Bankruptcy Judge**

Upon the motion of <u>CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB</u>, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

  **Land and premises commonly known as Lot 4, Block 38,    509 North 5th Street, Harrison NJ 07029**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Mercedes Aguero  
       Debtor

Case No. 17-26245-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 03, 2017  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2017.  
db          +Mercedes Aguero,    509 North 5th Street,    Harrison, NJ 07029-1203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2017 at the address(es) listed below:
        Barbara    Edwards     on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
         NJ48@ecfcbis.com
        Barbara    Edwards     bedwardstrustee@aol.com,    NJ48@ecfcbis.com
        Denise E. Carlon     on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West
         Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Paul W. Grzenda     on behalf of Debtor Mercedes   Aguero pgrzenda33@hotmail.com,
         pgrzenda33@hotmail.com
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                        TOTAL: 5